GEORGE A. HIRLIMAN, Respondent, v. GENERAL ANILINE AND FILM CORPORATION, Appellant.— No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HELENE P. JOHNSON, Appellant, v. THEODORE A. LAUER et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LONDON INVESTORS, LTD., Appellant, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent.— No opinion. The date for the examination to proceed to be fixed on the order. Settle order no notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ABRAHAM ROTWEIN, Respondent, v. HELEN E. JACOBSOHN, as Executrix of MAURICE B. JACOBSOHN, Deceased, Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EVELYN RANNO, Appellant, v. ANTHONY RANNO, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of LIPSTEIN BROS. & HALTMAN, INC., Appellant. ALRO CONVERTING CORPORATION et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between ANCHOR FABRICS CORPORATION, Appellant, and LANDE & MISKEND, INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of MAURICE E. ROGALIN against THE NEW YORK CITY TEACHERS' RETIREMENT BOARD.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WARD BROWER et al. v. WILLIAM G. BROOKS.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THOMAS G. PRIOLEAU v. BANK OF NEW YORK.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES B. MARTIN et al. v. CITY OF NEW YORK, Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of BELLE LEVEY against MARK GRAVES et al., Commissioners of Taxation and Finance of the State of New York et al.— Present — Martin. P. J., Townley, Glennon, Cohn and Callahan, JJ.